**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:         (213) 239-5100
Facsimile:    (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (applying *pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for J.M. Smucker Co.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>J.M. SMUCKER CO., an Ohio Corporation,<br><br>Defendant. | No. CV 13-00690-JCS<br><br>**STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed:  February 15, 2013 |

1  Plaintiff Diana Parker, on behalf of herself and all others similarly situated, and Defendant the J.M. Smucker Company, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 15, 2013, Plaintiff filed a Class Action Complaint (the "Complaint");

WHEREAS, Defendant was served with the Complaint on March 1, 2013;

WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant's response to the Complaint would be due on March 22, 2013;

WHEREAS Plaintiff has agreed to allow Defendant an additional 30 days to respond to the Complaint, making Defendant's response due on April 22, 2013; and

WHEREAS the extension of time will not alter the date of any event or deadline already fixed by Court order;

THE PARTIES HEREBY STIPULATE, pursuant to Civil Local Rule 6-1(a), that Defendant shall have an additional 30 days to respond to Plaintiff's Complaint, up to and including April 22, 2013.

Dated:  March 19, 2013                         JENNER & BLOCK LLP

  /s Kenneth K. Lee
By: Kenneth K. Lee

Attorneys for Defendant


Dated:  March 19, 2013                         BLOOD, HURST & O'REARDON, LLP

  /s Timothy G. Blood
By: Timothy G. Blood

Attorneys for Plaintiff

<u>ATTESTATION</u>

I, Kenneth K. Lee, am the ECF user whose ID and password are being used to file the Stipulation Enlarging Time to Respond to Complaint.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Timothy G. Blood.

Dated: 3/21/13

