| | |
|---|---|
| **JENNER & BLOCK LLP**<br>Kenneth K. Lee (Cal. Bar No. 264296)<br>KLee@jenner.com<br>633 West 5th Street<br>Suite 3600<br>Los Angeles, CA 90071<br>Phone: (213) 239-5152<br>Facsimile: (213) 239-5162<br><br>**JENNER & BLOCK LLP**<br>Dean N. Panos (*pro hac vice*)<br>dpanos@jenner.com<br>353 N. Clark Street<br>Chicago, IL 60654<br>Phone: (312) 222-9350<br>Facsimile: (312) 527-0484<br><br>Attorneys for Defendant<br>THE J.M. SMUCKER COMPANY | **AHDOOT & WOLFSON, P.C.**<br>Tina Wolfson (Cal. Bar No. 174806)<br>twolfson@ahdootwolfson.com<br>Robert Ahdoot (Cal. Bar No. 172098)<br>rahdoot@ahdootwolfson.com<br>Theodore W. Maya (Cal. Bar No. 223242)<br>tmaya@ahdootwolfson.com<br>10850 Wilshire Boulevard, Suite 370<br>Los Angeles, California 90024<br>Phone: (310) 474-9111<br>Facsimile: (310) 474-8585<br><br>**BLOOD, HURST & O'REARDON, LLP**<br>Timothy G. Blood (Cal. Bar No. 149343)<br>tblood@bholaw.com<br>Leslie E. Hurst (Cal. Bar No. 178432)<br>lhurst@bholaw.com<br>701 B Street, Suite 1700<br>San Diego, CA 92101<br>Phone: (619) 338-1100<br>Facsimile: (619) 338-1101<br><br>Attorneys for Plaintiff<br>DIANA PARKER |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA PARKER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>J.M. SMUCKER CO., an Ohio Corporation,<br><br>                    Defendant. | **Case No. CV 13-00690-SC**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS AMENDED COMPLAINT**<br><br>[Proposed Order submitted concurrently herewith]<br><br>CMC Date: June 21, 2013<br><br>Time: 10:00 a.m.<br><br>Judge: The Honorable Samuel Conti<br><br>Action Filed: February 15, 2013<br><br>Am. Complaint Filed:  May 13, 2013 |

Plaintiff Diana Parker ("Plaintiff"), on behalf of herself and all others similarly situated, and Defendant The J.M. Smucker Company ("Smucker"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Court has scheduled a case management conference for June 21, 2013, at 10:00 a.m. (Dkt. No. 13);

WHEREAS, Plaintiff filed an Amended Complaint on May 13, 2013 (Dkt. No. 16);

WHEREAS, Defendant anticipates filing a motion to dismiss the Amended Complaint on June 17, 2013 and plan to set the motion to be heard at 10:00 a.m. on August 2, 2013; and

WHEREAS, the parties believe that the case management conference would be more productive after the Court has had an opportunity to review or decide the motion to dismiss;

WHEREAS, the parties now seek to continue the case management conference until the hearing date for the motion to dismiss, and to set forth a schedule for the briefing related to the motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court that:

1. Plaintiff's response to the motion to dismiss shall be filed on or before July 12, 2013.
2. Defendants' reply brief shall be filed on or before July 26, 2013.
3. Defendants' motion to dismiss shall be heard by the Court at 10:00 a.m. on August 9, 2013, or at such time and date that is convenient for the Court.
4. The case management conference currently scheduled for June 21, 2013 shall be continued to 10:00 a.m. on August 23, 2013, or to such time and date that is convenient for the Court.

Dated: June 3, 2013

| JENNER & BLOCK LLP | AHDOOT & WOLFSON, P.C. |
|---|---|
| By: /s/ Kenneth K. Lee<br>Kenneth K. Lee | By: /s/ Tina Wolfson<br>Tina Wolfson |

Kenneth K. Lee (Cal. Bar No. 264296)
KLee@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Phone: (213) 239-5152
Facsimile: (213) 239-5162

Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for Defendant
THE J.M. SMUCKER COMPANY

Tina Wolfson (Cal. Bar No. 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (Cal. Bar No. 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (Cal. Bar No. 223242)
tmaya@ahdootwolfson.com
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Phone: (310) 474-9111
Facsimile: (310) 474-8585

BLOOD, HURST & O'REARDON, LLP
Timothy G. Blood (Cal. Bar No. 149343)
tblood@bholaw.com
Leslie E. Hurst (Cal. Bar No. 178432)
lhurst@bholaw.com
701 B Street, Suite 1700
San Diego, CA 92101
Phone: (619) 338-1100
Facsimile: (619) 338-1101

Attorneys for Plaintiff
DIANA PARKER

[Court Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 06/04/2013 — IT IS SO ORDERED — Judge Samuel Conti]

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND SETTING BRIEFING SCHEDULE
Case No. CV 13-00690-SC