AHDOOT & WOLFSON, P.C.
TINA WOLFSON (174806)
ROBERT AHDOOT (172098)
THEODORE W. MAYA (223242)
1016 Palm Avenue
West Hollywood, California 90069
Telephone: 310/474-9111
310/474-8585 (fax)
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
tmaya@ahdootwolfson.com

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANA PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J. M. SMUCKER CO., an Ohio corporation,<br><br>Defendant. | Case No.: 3:13-cv-00690-SC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CERTIFICATION BRIEFING AND HEARING DATES<br><br><u>CLASS ACTION</u><br><br>**JURY TRIAL DEMANDED**<br><br>Judge:      Hon. Samuel Conti<br>Courtroom:  1, 17th Floor<br><br>Current Filing Deadline: May 30, 2014<br><br>Continued Filing Deadline: June 25, 2014 |

Case No. 3:13-cv-00690-SC
STIP AND [PROPOSED] ORDER CONTINUING CERTIFICATION DEADLINES

1    WHEREAS, on March 26, 2014, the Court granted a Stipulation and Proposed Order to
2    Continue the briefing and hearing schedule on Plaintiff's Motion to Certify a Class in this
3    action (the "Motion") (Docket No. 39), pursuant to which Plaintiff's Motion currently is due
4    on or before May 30, 2014; Defendant's Opposition to that Motion is due on or before July 25,
5    2014; Plaintiff's Reply is due on or before August 22, 2014, and the hearing on the Motion is
6    scheduled for September 19, 2014;

7    WHEREAS, since the Court entered that Order on March 26, 2014, the parties
8    continued to meet and confer regarding discovery, Plaintiff deposed two employees of
9    Defendant on three different topics pursuant to Federal Rule of Civil Procedure 30(b)(6) on
10   May 13 and 20, 2014, respectively, and the parties have scheduled a third such deposition of
11   another employee on three additional topics to be conducted on June 11, 2014;

12   WHEREAS, the dates of the depositions described above have been dictated by the
13   witnesses' schedules;

14   WHEREAS, the Parties previously stipulated to continue the certification and briefing
15   deadlines as described above (Docket No. 39), to enlarge Defendant's time to respond to the
16   Complaint in this action (Docket Nos. 5, 7), to enlarge Defendant's time to respond to the
17   Amended Complaint (Docket No. 16), to continue the case management conference and set a
18   briefing schedule for Defendant's motion to dismiss that Amended Complaint (Docket Nos.
19   18-19), and to extend Defendant's time to answer the Amended Complaint following the
20   Court's denial of the motion to dismiss (Docket No. 30); and

21   WHEREAS, the Parties agree that the schedule previously proposed by the Parties and
22   adopted by the Court for briefing and hearing Plaintiff's Motion should be continued as set
23   forth below to allow the discovery described above, including the June 11 deposition of
24   Defendant, to proceed in advance of that briefing;

25   IT IS HEREBY STIPULATED, subject to the approval of the Court, that:
26   1.    Plaintiff's Motion to Certify a Class should be due on or before June 25, 2014
27
28

2. Defendant's Opposition to that Motion should be due on or before August 20, 2014.

3. Plaintiff's Reply in Support of that Motion should be due on or before September 17, 2014.

4. The Hearing on Plaintiff's Motion should be set for October 10, 2014, or such other date as the Court may deem appropriate and convenient.

Dated: May 27, 2014                              AHDOOT & WOLFSON, P.C.


By: /s/ *Theodore W. Maya*
Theodore W. Maya

TINA WOLFSON (174806)
ROBERT AHDOOT (172098)
THEODORE W. MAYA (223242)
1016 Palm Ave.
West Hollywood, California  90069
Telephone:  310/474-9111
310/474-8585 (fax)
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
tmaya@ahdootwolfson.com

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
701 B Street, Suite 1700
San Diego, CA  92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com

*Attorneys for Plaintiff*

(Signatures continued on following page)

Dated: May 27, 2014

JENNER & BLOCK LLP

By: /s/ *Kenneth K. Lee*
Kenneth K. Lee

DEAN N. PANOS (*pro hac vice*)
353 N. Clark Street
Chicago, IL  60654
Telephone:  312/222-9350
312/527-0484 (fax)
dpanos@jenner.com

JENNER & BLOCK LLP
KENNETH K. LEE (264296)
KATE T. SPELMAN (269109)
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Telephone:  213/239-5100
213/239-5199 (fax)
klee@jenner.com
kspelman@jenner.com

### [PROPOSED] ORDER

Having reviewed the above Stipulation to Continue the briefing and hearing schedule on Plaintiff's Motion to Certify a Class in this action, and good cause appearing therefore, the Stipulation is GRANTED, and the schedule proposed by the Parties above is adopted by the Court..

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  05/28/2014

_____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE