United States District Court
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9                                    ) Case No. C 13-0690 SC
                                     )
10  DIANA PARKER, individually and   ) ORDER GRANTING IN PART AND
    on behalf of all others          ) DENYING IN PART PLAINTIFF'S
    similarly situated,              ) ADMINISTRATIVE MOTION FOR LEAVE
11                                   ) TO FILE UNDER SEAL
              Plaintiff,             )
12                                   )
        v.                           )
13                                   )
    J.M. SMUCKER CO.,                )
14                                   )
              Defendant.             )
15                                   )
                                     )
16  _____)

17

18        Following the Court's order to show cause, ECF No. 48,

19  Defendant filed a declaration in support of Plaintiff's

20  administrative motion for leave to file under seal.  ECF No. 49

21  ("Lee Decl.").  The Court finds that the Lee Declaration complies

22  with Civil Local Rule 79-5 and establishes the sealability of many

23  of Defendant's confidentiality designations under the protective

24  order.  ECF No. 37.  Based on the Lee Declaration and the other

25  submissions on the motion, the Court GRANTS in part and DENIES in

26  part Plaintiff's administrative motion for leave to file under seal

27  and ORDERS as follows:

28        • Plaintiff's administrative motion for leave to file under

**United States District Court**
For the Northern District of California

1    seal pages 4:16-17, 6:21-22, and 7:18-19 of her memorandum

2    in support of the motion for class certification is

3    GRANTED.

4  • Plaintiff's administrative motion for leave to file under

5    seal Exhibits 7-11, 13, and 15-17 of the Declaration of

6    Tina Wolfson, ECF No. 42-36 is GRANTED.

7  • Plaintiff's administrative motion for leave to file under

8    seal Exhibit 12 of the Wolfson Declaration is DENIED.

9  • Plaintiff's administrative motion for leave to file under

10   seal Exhibit 14 of the Wolfson Declaration is GRANTED as to

11   the first two pages (JMS00023979-80) and DENIED as to the

12   remainder.  Plaintiff shall publicly file a redacted

13   version of this Exhibit as described in the Lee

14   Declaration.  Lee Decl. ¶ 10.

15

16   IT IS SO ORDERED.

17

18   Dated: July 28, 2014

19                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28