BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com

AHDOOT & WOLFSON, P.C.
TINA WOLFSON (174806)
ROBERT AHDOOT (172098)
THEODORE W. MAYA (223242)
1016 Palm Avenue
West Hollywood, CA 90069
Tel: 310/474-9111
310/474-8585 (fax)
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
tmaya@ahdootwolfson.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANA PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J. M. SMUCKER CO., an Ohio corporation,<br><br>Defendant. | Case No.: 3:13-cv-00690-SC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE ON MOTION FOR CLASS CERTIFICATION<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED<br><br>Judge:    Hon. Samuel Conti<br>Courtroom:  1, 17th Floor<br><br>Complaint Filed: February 15, 2013 |

Case No. 3:13-cv-00690-SC
STIPULATION CONTINUING HEARING DATE

00076203

Plaintiff Diana Parker and Defendant J.M. Smucker Co. submit this stipulation to seek a two-week extension of the hearing date on Plaintiff's Motion for Class Certification. The parties hereby stipulate as follows:

WHEREAS the hearing date on the Motion for Class Certification is currently set for October 10, 2014 at 10:00 a.m.;

WHEREAS counsel for Plaintiff now has a conflict with another case on the same day and time;

WHEREAS the briefing schedule on the motion will remain the same;

WHEREAS the parties seek only a two-week extension on the hearing date from October 10 to October 24, 2014.

IT IS HEREBY STIPULATATED that:

Hearing on Plaintiff's Motion for Class Certification be continued from October 10 to October 24, 2014.

Dated: August 20, 2014

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)

By:       s/ Timothy G. Blood
          TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com

*Attorneys for Plaintiff*

Dated: August 20, 2014

JENNER & BLOCK LLP
DEAN N. PANOS (*pro hac vice*)

By:       s/ Dean N. Panos
          DEAN N. PANOS

353 N. Clark Street
Chicago, IL  60654

Tel: 312/222-9350
312/527-0484 (fax)
dpanos@jenner.com

JENNER & BLOCK LLP
KENNETH K. LEE (264296)
KATE T. SPELMAN (269109)
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Tel: 213/239-5100
213/239-5199 (fax)
klee@jenner.com
kspelman@jenner.com

*Attorneys for Defendant*

### ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

DATED: August 20, 2014           BLOOD HURST & O'REARDON, LLP

                                 By:        *s/ Timothy G. Blood*
                                         TIMOTHY G. BLOOD

# [~~PROPOSED~~] ORDER

Having reviewed the above Stipulation to Continue Hearing Date on Plaintiff's Motion for Class Certification, and good cause appearing therefore, the Stipulation is granted. Hearing on the motion is continued to October 24, 2014 at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:           August 21, 2014                    _____
                                                   HON. SAMUEL CONTI
                                                   UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 20, 2014.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
tblood@bholaw.com