1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| DIANA PARKER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. M. SMUCKER CO., an Ohio corporation,<br><br>　　　　　Defendant. | Case No.:  3:13-cv-00690-SC<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL<br><br>Date:<br>Time:<br>Judge:　　　Hon. Samuel Conti<br>Courtroom:　1, 17th Floor<br><br>Complaint Filed: February 15, 2013 |

Case No. 3:13-cv-00690-SC

[PROPOSED] ORDER GRANTING PLTF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL

00076995

Good cause being shown, the court hereby grants Plaintiff Diana Parker leave to file the following documents under seal:

| |
|---|
| Page 3, portions of lines 15-20 of Plaintiff's Reply in Support of Motion for Class Certification |
| Page 4, portions of lines 4-7 of Plaintiff's Reply in Support of Motion for Class Certification |
| Page 3, portions of lines 15-20 of Plaintiff's Reply in Support of Motion for Class Certification |
| Page 10, portions of lines 13, 19, and 20 of Plaintiff's Reply in Support of Motion for Class Certification |
| Page 11, portions of lines 12-14, 18, and 22-23 of Plaintiff's Reply in Support of Motion for Class Certification |
| Paragraph 8, portions of lines 13-17 of the Declaration of Theodore Maya in Support of Plaintiff's Reply in Support of Motion for Class Certification |
| Paragraph 11, portions of lines 4 and 6 of the Declaration of Theodore Maya in Support of Plaintiff's Reply in Support of Motion for Class Certification |
| Exhibit B to the Declaration of Theodore Maya in Support of Plaintiff's Reply in Support of Motion for Class Certification |

IT IS SO ORDERED.

Dated: October 21, 2014

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE