BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619-338-1100l Fax: 619-338-1101
tblood@bholaw.com
lhurst@bholaw.com

AHDOOT & WOLFSON, P.C.
TINA WOLFSON (174806)
ROBERT AHDOOT (172098)
THEODORE W. MAYA (223242)
1016 Palm Avenue
West Hollywood, CA 90069
Tel: 310-474-9111; Fax: 310-474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com
tmaya@ahdootwolfson.com

Attorneys for Plaintiff,
DIANA PARKER

*[Additional counsel appear on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**San Francisco Division**

| | |
|---|---|
| DIANA PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.M. SMUCKER CO., an Ohio Corporation,<br><br>Defendant. | Case No.:  3:13-cv-00690-RS<br><br><u>CLASS ACTION</u><br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(II)**<br><br>Action Filed: February 15, 2013<br>Amended Complaint Filed: May 13, 2013 |

1

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or
2  their respective counsel that the above-captioned action is voluntarily dismissed with prejudice
3  against the defendant J.M. Smucker Co. pursuant to Federal Rule of Civil Procedure
4  41(a)(1)(A)(ii).

**AHDOOT & WOLFSON, PC**

Dated: December 21, 2015        /s/ Tina Wolfson
Tina Wolfson (Cal. Bar No. 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (Cal. Bar No. 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (Cal. Bar No. 223242)
tmaya@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, California 90069
Phone: (310) 474-9111
Facsimile: (310) 474-8585

**BLOOD HURST & O'REARDON, LLP**
Timothy G. Blood (Cal. Bar No. 149343)
tblood@bholaw.com
Leslie E. Hurst (Cal. Bar No. 178432)
lhurst@bholaw.com
701 B Street, Suite 1700
San Diego, CA  92101
Phone: (619) 338-1100l
Facsimile: (619) 338-1101

Attorneys for Plaintiff,
Diana Parker

**JENNER & BLOCK LLP**

Dated: December 21, 2015        /s/ Dean Panos
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 N. Clark Street Chicago, IL 60654
Phone: (312) 222-9350
Facsimile: (312) 527-0484

**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com

2                  Case No. 3:13-cv-00690-RS
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone: (213) 239-5100
Facsimile: (213) 239-5199

Attorneys for Defendant,
The J. M. Smucker Company

3                          Case No. 3:13-cv-00690-RS
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE