United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIANA PARKER,

    Plaintiff,

v.

J.M. SMUCKER CO.,

    Defendant.

Case No. 13-cv-00690-RS

**ORDER DISMISSING CASE WITH PREJUDICE**

Pursuant to the joint stipulation filed on December 21, 2015, (Dkt. No. 76), this action is dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 22, 2015

RICHARD SEEBORG
United States District Judge